# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JULIAN ISAACS** and **ROXANNE ISAACS,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for **GSAMP TRUST 2006-FM3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM3,**
Appellee.

No. 4D21-764

[May 5, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. 19-18422 CACE (11).

Blake J. Fredrickson of Cremeens Law Group, PLLC, Tampa, for appellants.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***